**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 08a0129n.06
Filed: March 4, 2008

**No(s) 06-6566, 06-6567**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | ON APPEAL FROM THE |
| *Plaintiff-Appellee*, | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| **v.** | ) | DISTRICT OF KENTUCKY |
| | ) | |
| **JACKIE DALE MULLIKIN**, | ) | |
| | ) | |
| *Defendant-Appellant.* | ) | |

Before: COLE, GIBBONS, and ROGERS, Circuit Judges.

**PER CURIAM**. Defendant-Appellant Jackie Dale Mullikin appeals his conviction, challenging the district court's January 16, 2006 decision denying his motion to suppress.

The district court's decision carefully analyzed Mullikin's arguments that he was interrogated in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966), and that the incriminating statements made by Mullikin prior to his arrest and during interrogation at the courthouse were obtained in violation of his Fifth and Fourteenth Amendment rights as protected by the United States Constitution. We have carefully reviewed Mullikin's motion to suppress, the record developed in the district court, the applicable law, as well as the parties' briefs, and we agree with the district court's decision that there was no *Miranda* violation and that Mullikin's Fifth and Fourteenth Amendment rights were not violated. We therefore uphold the district court's denial of the motion to suppress for the reasons stated in its opinion, and AFFIRM the decision.